# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER GERALD HERMENS<br><br>_Defendant(s)_ | )<br>)<br>)<br>)  Case No. 3:25-mj-00205<br>)<br>)  **SEALED**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/14/2025-03/05/2025  in the county of  Multnomah and Washington  in the  _____  District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| 18 U.S.C. § 933(a)(1) | Trafficking in Firearms |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

/s/ By Phone
_Complainant's signature_

Graham S. Bogumill, Special Agent, ATF
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  4:39 pm  a.m./p.m.

Date:  July 22, 2025

_Youlee Yim You_
_Judge's signature_

City and state:  Portland, Oregon

Youlee Yim You, United States Magistrate Judge
_Printed name and title_

**SEALED** 3:25-mj-00205

DISTRICT OF OREGON, ss:       AFFIDAVIT OF GRAHAM BOGUMILL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Graham Bogumill, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) assigned to the Helena Field Office. I have been a Special Agent since October of 2019. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as a graduate of the Special Agent Basic Training Program at the ATF National Academy in Glynco, Georgia. As a Special Agent with ATF, my duties and responsibilities have included conducting criminal investigations for violations of federal controlled substance and firearms laws.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Christoper Gerald Hermens, for Felon in Possession of a Firearm, Possession of a firearm in furtherance of a drug trafficking crime ,Trafficking in Firearms Distribution/ Possession of a Controlled Substance with Intent to Distribute, in violation of Title 18, United States Code, Sections 922(g)(1); 924(c); 933(a)(1) and Title 21, United States Code, Section 841(a)(1). As set forth below, there is probable cause to believe, and I do believe, that Christopher Hermens (hereinafter "Hermens"), committed the crimes of Felon in Possession of a Firearm Trafficking in Firearms, Distribution of a Controlled Substance, and the use or carry of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Sections 922(g)(1); 924(c), 933(a)(1) and Title 21, United States Code, Section 841(a)(1).

**Applicable Law**

3. I believe there is probable cause to believe that the following violations have been

**Affidavit of Graham Bogumill**                                          Page 1
                                                                    Rev. April 2018

committed:

- Title 21 U.S.C. § 841(a)(1) provides, in part: "Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance."

- Title 18 U.S.C. § 922(g)(1) provides, in part: "It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition that have been shipped or transported in interstate or foreign commerce."

- Title 18 U.S.C. § 924(c) provides, in part: "It shall be unlawful for any person to, during and in relation to any crime of violence or drug trafficking crime for which the person may be prosecuted in a court of the United States, to use or carry a firearm, or, in furtherance of any such crime, to possess a firearm."

- Title 18 U.S.C. § 933(a)(1) provides, in part: "It shall be unlawful for any person to ship, transport, transfer, cause to be transported or otherwise dispose of any firearm to another person in or otherwise affecting interstate or foreign commerce if such person knows or has reasonable cause to believe that the use, carrying or possession of a firearm by the recipient would constitute a felony."

**Statement of Probable Cause**

4.      Beginning in July of 2023, ATF Special Agents and Detectives with the Salem Police Department's (SPD) Strategic Investigations Unit (SIU) were tasked on focusing investigative efforts on criminal activity involving street gangs. Detectives focused on local street gangs to the Salem area known as "Varrio Catorce" and "Savage Block" both of which are

Norteño sub-sets. This was due to multiple officer involved shootings and violent crime with the perpetrators being members of "Varrio Catorce" and "Savage block." I know from previous investigations that "Savage Block" has close ties to "Varrio Catorce." I also know that Spanish translation for "Varrio (barrio) Catorce" is" Neighborhood Fourteen." I know that Norteño street gangs commonly use the number fourteen as "N", standing for Norte or Norteño, is the fourteenth letter in the alphabet. Investigators began gaining information from other agencies including Marion County Parole and Probation. I learned that Christopher **Hermens** is an active "Varrio Catorce" Norteño gang member. I also learned **Hermens** is a convicted felon who was previously convicted of a felony offense and sentenced to over a year in prison and is currently on parole for Robbery.  On August 7, 2017, **Hermens** was convicted of Robbery in the Second Degree and received 60 months prison.

     5.     Since January of 2025, ATF Undercover Agents have engaged in five (5) undercover buy operations involving **Hermens** and his associates. During those undercover buy operations, ATF Undercover Agents have purchased the following items from **Hermens** and his associates:

- Eight (8) firearms
- 160 grams of fentanyl powder
- 389 grams of fentanyl pills
- 67 grams of cocaine

**<u>Undercover Purchase 1</u>**

     6.     On January 14, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and local law enforcement setup an undercover purchase of cocaine and marijuana from **Hermens** in Beaverton, Oregon.  The undercover purchase was conducted by an undercover

ATF agent (hereinafter "UC1") from **Hermens**.

7.     On January 14, 2025, UC1 met with **Hermens** at the Peppermill Pub in Beaverton, Oregon. **Hermens** was observed driving his registered vehicle to the Peppermill Pub and was the sole occupant of the vehicle upon his arrival. The transaction between UC1 and **Hermens** occurred within **Hermens'** vehicle in the parking lot of the Peppermill Pub. **Hermens** sold UCA the following items:

- 35 grams of cocaine. The cocaine was later field tested and yielded a presumptive positive result and;
- 1.2 pounds of marijuana

8.     After the transaction was completed, but while UC1 and **Hermens** were still inside the Subject Vehicle, **Hermens** removed a firearm from his front waistband. **Hermens** described the firearms as a "P80" and a "9mm". I know these terms to refer to a privately manufactured firearm, specifically a 9mm pistol. **Hermens** offered to sell UC1 firearms in future transactions.

**Undercover Purchase 2**

9.     On January 23, 2025, UC1 conducted a second purchase from **Hermens** that included narcotics and firearms. **Hermens** instructed UC1 to meet him in the parking lot of the Batteries + Bulbs in Tualatin, Oregon. **Hermens** arrived with three known Norteño gang members; Carlos Rodney (DOB: XX/XX/1994), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10.     UC1 entered Rodney's vehicle and proceeded to purchase the following items from **Hermens** and Rodney while ▮▮▮▮▮ and ▮▮▮ acted as lookouts walking around the parking lot:

**Affidavit of Graham Bogumill**                                                                                                                                  **Page 4**
Rev. April 2018

- 32 grams of cocaine

- Sig Sauer pistol, model P320, 9mm, serial number: M18-090789

- Glock pistol, model 48, 9mm, serial number: BFZD892

- Smith & Wesson pistol, model M&P 45, .45 caliber, serial number: DUK9289

- Glock pistol, model 20, 10mm, serial number: BXML994

- IWI rifle, model Z-15, 5.56 caliber, serial number: Z0024539

**Undercover Purchase 3**

11.  On February 6, 2025, UCAs conducted a third purchase from **Hermens** that included narcotics and firearms. **Hermens** instructed UC1 to meet him in the parking lot of the Baskin Robins in Beaverton, Oregon. **Hermens** arrived with one other known Norteño gang members; Josiah Rios-Arroyo (DOB: XX/XX/2006). During this purchase, a second undercover ATF agent (hereinafter "UC2") was introduced to **Hermens.**

12.  UC1 entered the **Hermens'** vehicle and proceeded to purchase the following items from **Hermens** and Rios-Arroyo:

- Glock pistol, model 27, .40 caliber, with an obliterated serial number

- Smith & Wesson pistol, model M&P Bodyguard, .380 caliber pistol with serial number KHY7297

- 2.4 pounds of marijuana

13.  During the transaction, UC1 explained to **Hermens** that UC2 wished to purchase fentanyl. **Hermens** placed a phone call to his source of supply who was identified as Roberto Ochoa-Vergara (DOB: XX/XX/1997). After the transaction was completed, **Hermens** instructed the UCAs to follow him to a Walgreens in Beaverton, Oregon.

**Affidavit of Graham Bogumill**                                                                 Page 5
                                                                                          Rev. April 2018

14.     **Hermens** and Rios-Arroyo, who were travelling together, and UCAs arrived at the Walgreens parking lot. A short time later, Ochoa-Vergara arrived, and **Hermens** entered Ochoa-Vergara's vehicle. **Hermens** returned from Ochoa-Vergara's vehicle and UC2 purchased 32 grams of fentanyl powder from **Hermens** and Ochoa-Vergara.

**Undercover Purchase 4**

15.     On February 27, 2025, UCAs conducted a fourth purchase from **Hermens** and Ochoa-Vergara that included narcotics. **Hermens** instructed the UCAs to meet him at Maxwell's Pub in Beaverton, Oregon. **Hermens** arrived with one other female identified as ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄. A short while later, Ochoa-Vergara arrived along with ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄) and ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ who appeared to be acting as lookouts during the transaction. Ultimately, **Hermens** introduced the UCAs to Ochoa-Vergara. The UCAs then purchased 128 grams of fentanyl powder from Ochoa-Vergara.

**Undercover Purchase 5**

16.     On March 5, 2025, UCAs conducted a fifth purchase of narcotics and a firearm from Ochoa-Vergara and met with **Hermens** during that transaction. UC2 and Ochoa-Vergara agreed to meet at Bar 5 in Portland, Oregon. Upon arrival, the UCAs met with Ochoa-Vergara and **Hermens.** The four entered the bar and engaged in discussion about narcotics and firearms. Then UC2 and Ochoa-Vergara exited the bar, entered Ochoa-Vergara's vehicle, and drove to the parking lot of the Church of Jesus Christ of Latter-day Saints in Beaverton, Oregon. There, UC2 purchased the following items from Ochoa-Vergara:

- 389 grams of fentanyl pills
- FNH pistol, model FNS-40C, .40 caliber, serial number: CSU0008041

**Christopher Hermens Arrest**

17.     On March 19, 2025, at approximately 2:16am, **Hermens** was arrested by the Beaverton Police Department (BPD).  BPD officers attempted a traffic stop of **Hermens'** vehicle after observing the vehicle travelling at 114mph on Highway 26. **Hermens** attempted to elude officers and crashed his vehicle at TV Highway and 185th Ave in Beaverton.  **Hermens** proceeded to elude on foot and was eventually apprehended.  Officers located 85.73 grams of fentanyl powder on **Hermens'** person.  **Hermens** was lodged at the Washington County Jail located in Beaverton, Oregon, and was released on April 17, 2025.

**Search Warrant at Hermens' Residence**

18. On July 22, 2025, law enforcement executed a search warrant at **Hermens'** residence located in Beaverton, Oregon.  Agents seized 19 firearms and approximately 500 rounds of ammunition from **Hermens'** house.

**Conclusion**

19.     Based on the foregoing, I have probable cause to believe, and I do believe, that Christopher Gerald Hermens committed Felon in Possession of a Firearm, Distribution of a Controlled Substance, and the Use or carrying of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Sections 922(g)(1); 924(c), and Title 21, United States Code, Section 841(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Christopher Gerald Hermens.

20.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicole Bockelman, and AUSA Bockelman advised me that in her opinion, the affidavit and complaint

are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

21.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.  Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Graham Bogumill
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:39 pm__ a.m./p.m. on __July 22__, 20 __25__.

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Graham Bogumill**                                                                                     Page 8
                                                                                                              Rev. April 2018