Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com

Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HERMENS,<br><br>Defendant. | Case No. 3:25-cr-00319-AN<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Defendant, Christopher Hermens, through his attorney Per C. Olson, hereby submits this sentencing memorandum.

Mr. Hermens is scheduled for sentencing on November 5, 2026, on one count of Firearms Trafficking, 18 U.S.C. § 933(a)(1). The presentence report (PSR) arrives at a different sentencing guideline calculation than what the parties had contemplated in their plea agreement. Defendant's objections to the PSR's calculation are noted in counsel's letter attached to the PSR. Defendant maintains that a 2-level increase should be imposed under USSG § 2K2.1(b)(1)(A) based on the number of guns, rather than a 4-level increase as recommended in the PSR. Defendant also objects to the



HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497

PSR's finding of a 3-level increase for an absent serial number under USSG § 2K2.1(b)(4).

Notwithstanding the different guideline calculation, probation recommends the same sentence that the parties jointly recommend – 120 months imprisonment and three years of supervised release. The plea agreement resulted from considerable and thoughtful negotiation. Defendant signaled his intent to plead guilty early on. There can be no dispute that 10 years of prison is a significant sentence reflective of a serious crime. While this crime is serious, it is also important to highlight that all offense conduct here occurred within the context and purview of an ATF sting operation. The crimes charged resulted in no actual harm, as the firearms and controlled substances went into the government's control. Viewing the nature of the offense with that perspective, and in consideration of the defendant's history and characteristics, defendant respectfully submits that a sentence of 120 months imprisonment is "sufficient, but not greater than necessary, to comply with the purposes" of sentencing. 18 U.S.C. § 3553(a)(2).

Mr. Hermens requests that the Court impose a sentence of 120 months prison followed by three years of supervised release. The plea agreement contemplates a global resolution in which defendant will serve a concurrent state sentence in federal

/ / /



HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497

prison. Thus, defendant asks that this language be added to the judgment: "The sentence imposed in this matter shall run concurrent with the sentencing imposed in State of Oregon, Washington County Circuit Court Case Number 25CR15675."

DATED this 28th day of October, 2026.

HOEVET OLSON, PC

*s/ Per C. Olson*
Per C. Olson, OSB #933863
Of Attorneys for Defendant



HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497